177 P.3d 1278

# SUPREME COURT OF HAWAI'I

| | | | |
|---|---|---|---|
| State v. Kolia | 28071 | 01/29/2008 Denied | 116 Hawai'i 29, 169 P.3d 981 |
| State v. Mars | 27977 | 02/06/2008 Denied | 116 Hawai'i 125, 170 P.3d 861 |
| State v. Marshall | 27694 | 12/13/2007 Denied | 114 Hawai'i 396, 163 P.3d 199 |
| State v. Shannon | 27919 | 02/22/2008 Granted | 116 Hawai'i 38, 169 P.3d 990 |